NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM WATSON, | No. 23-15450 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-00072-DLR-DMF |
| v. | |
| P GERTZ, Administrative Director of Nursing; NATALYA WEIGEL, Health Care Provider/Doctor, previously named Natalie Weigel, aka per Doc 16 also known as Natalie Weigel; MAUREEN GAY, Health Care Provider/Doctor; ANGEL MERRIMAN, Health Care Provider/Doctor, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted February 21, 2024**

Before: FERNANDEZ, NGUYEN, and OWENS, Circuit Judges.

Arizona state prisoner William Watson appeals pro se from the district

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Watson failed to raise a genuine dispute of material fact as to whether Weigel was deliberately indifferent in treating Watson's hernia. *See id.* at 1057-60 (holding that deliberate indifference is a "high legal standard" requiring a defendant be aware of and disregard an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Watson's motion for an extension of time to file a reply brief (Docket Entry No. 24) is denied as unnecessary.

**AFFIRMED.**

23-15450